**Electronically Filed
Supreme Court
SCWC-11-0000523
27-JUN-2012
02:06 PM**

NO. SCWC-11-0000523

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF N. CHILDREN: XN, SN1, EN, SN2

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000523; FC-S NO. 09-012206)

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Lee, assigned by reason of vacancy)

Petitioner/Appellant Father's and Petitioner/Cross-Appellant Mother's applications for writ of certiorari filed on May 21, 2012, are hereby rejected.

DATED: Honolulu, Hawaiʻi, June 27, 2012.

Carter Nakea, petitioner/
appellant, pro se

Leslie C. Maharaj for
petitioner/cross-appellant

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Randal K.O. Lee

